UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) |
| Plaintiff, | ) Case No. 5:22-cr-00065-GFVT-HAI-1 ) ) |
| v. | ) ) **MEMORANDUM OPINION** |
| ISAIAH WIMBERLY, | ) **&** ) **ORDER** ) |
| Defendant. | ) ) ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommended Disposition filed by United States Magistrate Judge Hanly A. Ingram. [R. 74.] The recommendation instructed the parties to file any particularized written objections within fourteen days from the date of service, or else waive the right to further review. *Id.* at 7. Defendant Isaiah Wimberly has not objected and the time to do so has passed.

Wimberly is a federal prisoner who filed a *pro se* motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. [R. 6.] Wimberly pled guilty to one count of possessing with the intent to distribute 40 grams or more of a substance containing fentanyl and one count of possessing a firearm as a convicted felon. [R. 23; R. 25.] This Court sentenced Wimberly to 152 months of imprisonment. [R. 46.] Wimberly appealed and the Sixth Circuit affirmed his conviction. [R. 63.] Wimberly filed this § 2255 motion on February 28, 2025. [R. 66.] The government responded in opposition and Wimberly filed his reply. [R. 69; R. 73.] Judge Ingram reviewed the pleadings and issued a Recommended Disposition. [R. 74.]

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review… a magistrate's factual or legal conclusions, under a de novo or any other standard…" *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's recommended disposition are also barred from appealing a district court's order adopting that report and recommendation, so long as the magistrate judge gave notice to the parties that objections must be filed within a set number of days. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Magistrate Judge Ingram did so when he informed the parties that any objections "must be filed within fourteen days from the date of service thereof or further appeal is waived." [R. 74]. Satisfied that these requirements are met, this Court has examined the record and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. Judge Ingram's Recommended Disposition **[R. 74]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Wimberly's § 2255 Motion **[R. 66]** is **DENIED**;

3. No Certificate of Appealability will issue.

This the 7th day of November, 2025.

Gregory F. Van Tatenhove
United States District Judge

3